| | |
|---|---|
| MCGREGOR W. SCOTT<br>United States Attorney<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>CHAZ BANKS,<br><br>                      Defendant. | CASE NO. 1:17-CR-00214-LJO-SKO<br><br>STIPULATION AND ORDER FOR REVIEW OF PERSONNEL RECORDS<br><br>TRIAL DATE: January 8, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

      The United States by and through McGregor W. Scott, U.S. Attorney and Assistant U.S. Attorney, Jeffrey A. Spivak, and Assistant Federal Defender Reed Grantham, counsel for Defendant Chaz Banks stipulate to an inspection of personnel files and an in camera review under the circumstances set forth below based upon a defense request for such a review.

///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER FOR REVIEW OF PERSONNEL FILES

1

This request is made pursuant to 28 U.S.C., section 1651(a) which provides, "The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."

Dated: August 31, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: August 31, 2018

HEATHER WILLIAMS
Federal Defender

By: /s/ REED GRANTHAM
REED GRANTHAM
Assistant Federal Defender (as approved by email 8/31/18)

**IT IS ORDERED**, that Modesto Police Department:

Provide the personnel files of Modesto Police Department officers Bradley Beavers, Michael Beavers, Taylor Aja, and Alejandro Rivera to this Court for in camera review for any disciplinary actions, allegations of misconduct that bear upon credibility, documentation that is relevant to truthfulness, or that is exculpatory in nature.

The personnel files are to be provided to the Court on or before September 28, 2018, at which time an in camera review of the documents shall be arranged with the Court.

IT IS SO ORDERED.

Dated: **August 31, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE