**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:17-cr-00214-LJO-SKO-1** |
| Plaintiff, | |
| v. | **ORDER AFTER *IN CAMERA* REVIEW OF POLICE PERSONNEL RECORDS** |
| CHAZ BANKS, | |
| Defendant. | |

Counsel entered into a Stipulation on August 31, 2018 for this Court to review the personnel records of four officers from the Modesto Police Department, specifically to determine whether or not any records exist dealing with credibility, truthfulness and/or exculpatory information. An Order pursuant to that Stipulation issued that same day. (ECF No. 19.)

On September 14, 2018, Detective Brent Fainter of the Modesto Police Department's Internal Affairs Division appeared in chambers with the personnel files of Officers Bradley Beavers, Michael Beavers, Taylor Aja, and Alejandro Rivera. The Court conducted an independent review of those files and issues the following findings:

**1. Officer Bradly Beavers**: There is a notation that in August of 2011 there was a complaint wherein the allegation was that there was some inconsistency between a police report and testimony during a Preliminary Examination. The record is more than five years old and was purged pursuant to the written policy of the Modesto Police Department, Procedure 803, and pursuant to approval by City Attorney John Goulart. In sum, the file is no longer in existence. IT IS TO BE NOTED that the file,

although purged in 2017, was not purged based on any concern about the instant criminal case (17-CR-0214 LJO) based on the dates.  The automatic request for destruction was made on April 12, 2017.  The alleged crime in the instant case occurred on July 26, 2017, more than three months after the automatic request for destruction. There were no other records dealing with credibility issues.

**2.  Officer Michael Beavers:**  No records exist involving credibility issues.

**3.  Officer Taylor Aja:**  No records exist involving credibility issues.

**4.  Officer Alejandro Rivera:**  One record existed of an allegation that money was stolen from the car of a person arrested on drug charges.  The entirety of the traffic stop, search and arrest of the driver/complainant was video recorded on the Personal Video Recording System (PVRS), showing that the complainant's passenger took the money.  The complainant did not further seek redress, and the complaint was not sustained.

In sum, no records are deemed discoverable pursuant to the examination of the personnel records.

**IT IS SO ORDERED.**

**Dated: <u>September 14, 2018</u>**                         <u>       /s/ Lawrence J. O'Neill       </u>
                                                                **UNITED STATES CHIEF DISTRICT JUDGE**