| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00214-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| CHAZ BANKS, | |
| Defendant. | |

WHEREAS, on December 20, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Chaz Banks in the following property:

    a. Glock GMBH 9 caliber pistol, model 17, serial number YM189US, and associated magazines and ammunition.

AND WHEREAS, beginning on December 22, 2018, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

///

FINAL ORDER OF FORFEITURE      1

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a.    Arnold Tabora: A notice letter was sent by certified mail to Arnold Tabora at 2401 Pullman Lane, Redondo Beach, CA 90278 on December 21, 2018. The envelope was returned on January 11, 2019 marked as "not deliverable as addressed." A second notice letter was sent by certified mail to Arnold Tabora at 19401 N. 15th Avenue, Phoenix, AZ 85027-4607 on January 29, 2019. The envelope was returned marked "unclaimed" on March 4, 2019. A third notice letter was sent via certified mail to Arnold Tabora at 19940 N. 23rd Avenue, Apt. 2120C, Phoenix, AZ 85027 on February 12, 2019. The envelope was returned "not deliverable as addressed" on March 7, 2019. A fourth and final notice letter was sent on March 28, 2019, by certified mail to 9838 N. 19th Avenue, Suite J, Phoenix, AZ 85021. On April 5, 2019, the envelope was returned marked as "not deliverable as addressed."

AND WHEREAS, the Court has been advised that Arnold Tabora or any other third party has not filed a claim to the subject property and the time for Arnold Tabora or any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Chaz Banks and Arnold Tabora.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

    Dated:  **May 20, 2019**              **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES CHIEF DISTRICT JUDGE