1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    REED GRANTHAM, CA Bar #294171
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     CHAZ BANKS
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Case No. 1:17-cr-00214-NONE-BAM

12                Plaintiff,              **STIPULATION TO VACATE STATUS
                                          CONFERENCE AND SET CHANGE OF
13   vs.                                  PLEA/ADMISSION HEARING;  ORDER**

14   CHAZ BANKS,                          Date:   March 13, 2020
                                          Time:   8:30 a.m.
15                Defendant.              Judge:  Hon. Dale A. Drozd

16

17

18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19   counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

20   Federal Defender Reed Grantham, counsel for defendant Chaz Banks, that the status conference

21   hearing currently scheduled for March 4, 2020, at 2:00 p.m. be vacated and that a change of

22   plea/admission hearing be set before the Honorable Dale A. Drozd on March 13, 2020, at 8:30

23   a.m.

24        The parties have reached an agreement to resolve this case. Accordingly, the parties

25   jointly request that the March 4, 2020 status conference be vacated and that the matter be set for

26   a change of plea/admission hearing on March 13, 2020, at 8:30 a.m. before the Honorable Dale

27   A. Drozd. The parties have confirmed the availability of the March 13, 2020 date on the district

28   court's calendar. The parties agree that the delay resulting from the continuance to March 13,

2020, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 2, 2020                    /s/ Jeffrey Spivak
                                       JEFFREY SPIVAK
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: March 2, 2020                    /s/ Reed Grantham
                                       REED GRANTHAM
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       CHAZ BANKS

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference hearing set for Wednesday, March 4, 2020, at 2:00 p.m. be vacated and that a change of plea/admission hearing be set before the Honorable Dale A. Drozd on Friday, March 13, 2020, at 8:30 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __**March 2, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE