HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
REED GRANTHAM, CA SBN 294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHAZ BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00214-NONE-SKO |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO DELANCEY STREET** |
| vs. | |
| CHAZ BANKS, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Chaz Banks (Fresno County Sheriff's Office JID No. 7085239) shall be released from the Fresno County Jail on Thursday, September 24, 2020 at 6:00 a.m. and immediately and directly transported to the Delancey Street Foundation residential rehabilitation program, 600 Embarcadero, San Francisco, for an intake interview for the program's two-year residential program.  To ensure his safe and immediate transport to Delancey Street, the Jail will release Mr. Banks only to the custody of Kevin Mitchel, Federal Defender Office representative.  Mr. Mitchel agrees to transport Mr. Banks directly to the Delancey Street program

If Mr. Banks is accepted into the program, and if he chooses to enroll in the program, Mr. Banks will remain at Delancey Street to participate in the program.  If Mr. Banks is not accepted into the program, or if he chooses to not enroll in the program, Mr. Mitchel will immediately and

/////

directly return Mr. Banks to the Fresno County Jail by no later than 10:00 p.m. on September 24, 2020.

While enrolled in the program, Mr. Banks is ordered to participate and remain in the program until he satisfies the requirements of the two-year residential program or until further order of this Court. During this time, Mr. Banks will remain subject to all terms and conditions of his supervised release previously ordered as well as all of the conditions of pretrial release ordered in Case No. 1:20-cr-00060-NONE-SKO.  In addition, Mr. Banks's must comply with the following additional condition of supervised release:

1. The defendant shall reside and participate in the two-year substance abuse treatment program at Delancey Street Foundation inpatient facility, in San Francisco, and comply with all the rules and regulations of the program.

A copy of this Order will be provided to Mr. Banks upon his release.

If Mr. Banks voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his pretrial services officer and follow all instructions.

IT IS SO ORDERED.

Dated:   **September 22, 2020**

UNITED STATES DISTRICT JUDGE

-2-

Banks:  Order for Release