| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | CHAZ BANKS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:17-cr-00214-NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE; EXHIBIT** |
| vs. | |
| CHAZ BANKS, | DATE:   March 18, 2022 |
| Defendant. | TIME:     9:30 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the Delancey Street program in the above-captioned matter currently set for September 17, 2021, may be continued to March 18, 2022 at 9:30 a.m. for further status conference regarding the defendant's participation in the Delancey Street program.

On March 13, 2020, Mr. Banks entered an admission to Charge 1 of the supervised release violation petition filed in this matter. *See* Dkt. #51, #36. On September 17, 2020, Mr. Banks appeared for sentencing in this matter. *See* Dkt. #58. At the sentencing hearing, sentencing was continued to permit Mr. Banks to participate in the two-year Delancey Street program. *See* Dkt. #58. Mr. Banks was released to participate in the Delancey Street program on September 24, 2020. *See* Dkt. #60. Mr. Banks has been residing at and participating in the Delancey Street

program since that date.

Attached as Exhibit A is a September 8, 2021 letter from the Delancey Street program indicating that Mr. Banks remains at the program and is fully participating. *See* Exhibit A. Accordingly, the parties are requesting a further continuance in this matter to continue to monitor Mr. Banks's progress at the Delancey Street program. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: September 9, 2021        */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 9, 2021        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CHAZ BANKS

## O R D E R

The court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference hearing currently scheduled for September 17, 2021, is continued to March 18, 2022, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **September 9, 2021**                    _Dale A. Drozd_
                                                                UNITED STATES DISTRICT JUDGE